IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Tampa Division

| | |
|---|---|
| PHARMERICA, Long Term Care Inc., <br><br> Plaintiff, <br><br> v. <br><br> VICTOR MANUELE <br><br> Defendant. | Case No.: 8:08-cv-02216-JSM-EAJ |

ORDER

This cause having come before the Court on the hearing for a preliminary injunction on November 13, 2008, the same having been heard and argued, it is hereby **ORDERED**:

1.  Pharmerica's Motion for Preliminary Injunction is **GRANTED** in that Mr. Manuele will turn over any removable media, such as a flash drive or thumb drive, to the plaintiff's counsel immediately, without altering or deleting its contents. Mr. Manuele's counsel at Fisher & Phillips will first have the opportunity to review the drive and make any appropriate copying without altering or deleting information thereon; and

2.  Mr. Manuele will not engage in any communications with any person or entity which is Pharmerica's client, or had been Pharmerica's client during his employment with Pharmerica regarding business matters, for one (1) year from the date of this Court's verbal Order entered on November 13, 2008, or until otherwise notified by the Court.

**DONE** and **ORDERED** in Tampa, Florida on \_\_\_\_Dec. 30\_\_\_\_, 2008.

_____
HONORABLE JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record